# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALICE BRINDOWSKI, an individual and Surviving Spouse of ERVIN BRINDOWSKI, and <br> CAROL RICHARDS, as Special Administrator for the Estate of ERVIN BRINDOWSKI <br><br> Plaintiffs, <br><br> v. <br><br> ALCO VALVES, INC., et al., <br><br> Defendants. | Case No.10-CV-36-JPS <br><br> REMANDED from MDL 895 <br> E.D. Pa.  2:10-cv-64684 <br> 2:10-cv-64685 <br><br><br> ORDER |

Upon stipulation of plaintiffs, Plaintiff Alice Brindowski, an individual and surviving spouse of Ervin Brindowski and Carol Richards, as Special Administrator for the Estate of Ervin Brindowski (Docket #57),

IT IS HEREBY ORDERED that the defendant, RSCC Wire & Cable LLC, be and the same is hereby DISMISSED from this case with prejudice. Each party to bear their own costs.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2012.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge