## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ALICE BRINDOWSKI,
an individual and Surviving Spouse
of Ervin Brindowski, and
CAROL RICHARDS,
as Special Administrator for the Estate
of Ervin Brindowski

Case No.10-CV-36-JPS

REMANDED from MDL 895
E.D. Pa.  2:10-cv-64684
2:10-cv-64685

                                        Plaintiffs,

v.

METROPOLITAN LIFE INSURANCE
COMPANY and
OWENS-ILLINOIS, INC.,

ORDER

                                        Defendants.

Based upon the foregoing stipulation (Docket #61),

IT IS ORDERED that the plaintiffs' complaint in the above-entitled action be and the same is hereby DISMISSED as against the defendant, Metropolitan Life Insurance Company, upon the merits without costs to any party as against the other.

Dated at Milwaukee, Wisconsin, this 8th day of January, 2013.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge